**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6979**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES THOMAS OXENDINE, a/k/a Ox, a/k/a Ox Cuttar,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:08-cr-00051-JPJ-1; 1:13-cr-00036-JPJ-4)

Submitted:  February 26, 2021                        Decided:  March 5, 2021

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Thomas Oxendine, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Oxendine appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Oxendine*, Nos. 1:08-cr-00051-JPJ-1; 1:13-cr-00036-JPJ-4 (W.D. Va. June 17, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
